UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ADRIAN JOHNSON and
RAY BELARDINO on behalf of themselves and
those similarly situated,

        Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

CASE NO.: 5:19-cv-00196-JSM-PRL

**DECLARATION OF SUSAN KERNEN**



EXHIBIT A

Susan Kernen declares and states:

1. I am of legal age and sound mind and provide this declaration based upon my personal knowledge.

2. If called as a witness, I could testify as to the matters below.

3. I am employed by FedEx Ground Package System, Inc., which is generally known as FedEx Ground.

4. I am currently employed by FedEx Ground as a Senior Paralegal in the Legal Department in Moon Township, Pennsylvania. I have been a paralegal with FedEx Ground since May 1, 2008.

5. In my position as a Senior Paralegal, I have access to copies of FedEx Ground's scanner data. Scanner data is pulled from Pitt2. Pitt2 is the name of a FedEx Ground computer that houses an internal database that collects scan records for each contracted service provider's ("SP's") drivers providing pick-up and delivery service across the FedEx Ground network. Scanner data provides the dates and times for various activities performed by SP drivers, including the location the driver operated out of ("Destination Terminal") and the number used to identify which vehicle the driver was operating that day ("Vehicle Number"). The Scanner data also includes the identity of the SP ("Contractor Name") and the identity of the particular SP driver ("Driver Name") who is associated with the package pick-up, the time at which drivers log on and off the scanner (described as on duty and off duty time), and delivery scans for that particular day.

6. In my position as Paralegal, I also have access to FedEx Ground's electronic data system known as the Contractor Driver Administration and Settlement system

("CDAS"), which contains information related to SPs. CDAS includes, among other things, information identifying each SPs' active drivers, the name of each SPs' Authorized Officer, and the contact information for each SP.

7. In reviewing the scanner data and CDAS for Adrian Johnson and Ray Belardino, it is possible to determine which SPs the plaintiffs drove for since April 19, 2016.

8. The scanner data for Adrian Johnson and Ray Belardino contains the name ("Contractor Name") of the SP that employed the Plaintiffs on each day that they drove and the identifier of the contract ("Contract ID") that each SP had with FedEx Ground. The Contract ID is also present in CDAS and can be used to look up the name of the SPs' Authorized Officer and the SPs' contact information. The Authorized Officer and contact information for SPs that employed Plaintiffs can be obtained from current and historical CDAS information.

9. Attached here as Exhibit 1 is a list of all the company names of the SPs for whom Adrian Johnson and Ray Belardino drove at any time during the potential limitations period.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2020.

*Susan Kernen*
_____
Susan Kernen

## EXHIBIT 1 – LIST OF SERVICE PROVIDERS

**Contractor Name Scanner**
COBB SHIPPING ENTERPRISES INC.
M.E.T. DELIVERY SERVICE
MR HOOK TRUCKING INC.
SUNSHINE FREIGHT TRANSPORT INC.
THREE J'S LOGISTICS INC.
TIM T DELIVERY
WIJG HOLDINGS INC.